[No. 29628-4-II.   Division Two.   April 20, 2004.]

NEC CONTRACTING, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-00496-0, Richard A. Strophy, J., entered November 18, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 29757-4-II.   Division Two.   April 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY LEE OTTON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-01124-9, James E. Warme, J., entered February 13, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 29987-9-II.   Division Two.   April 20, 2004.]

R.C. BARRETT DEVELOPMENT, INC., *Respondent*, v. DERL W. ALLRED, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-04807-8, Brian M. Tollefson, J., entered February 14, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 30116-4-II.   Division Two.   April 20, 2004.]

WILLIAM H. GOODENOUGH, JR., ET AL., *Appellants*, v. HIDDEN HILLS HOMEOWNERS ASSOCIATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-13011-6, John A. McCarthy, J., entered March 18, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Houghton, J.